**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUANITA PITTI and GARCILASO GUITERREZ, ) | |
|       Plaintiffs, ) | Case No.  2:11-cv-00280-RLH-GWF |
| vs. ) | **ORDER** |
| ALBERTSONS, LLC, *et al.*, ) | |
|       Defendants. ) | |

      The Court has received the parties' Stipulated Discovery Plan and Scheduling Order (#18) filed May 19, 2011. The proposed Order before the Court does not comply with the requirements of LR 26-1. LR 26-1(e)(1) sets a period of 180 days as a presumptively reasonable amount of time in which to conduct discovery. The 180 days is measured from the date the first defendant answered or otherwise appeared. Discovery plans requesting longer than 180 days from the date the first defendant answers or appears require special scheduling review. Where such special scheduling review is requested, the plan shall state the reasons why longer or different time periods should apply.

      Defendant Las Vegas Metropolitan Police Department made its first appearance in this case on March 1, 2011 with the filing of its Motion to Dismiss (#6). Therefore, under LR 26-1(e) the standard 180 day period for discovery would expire on August 28, 2011. The discovery plan and scheduling order submitted by the parties, therefore, does not comply with LR 26-1(e)(1). Accordingly,

      **IT IS HEREBY ORDERED** that the parties' Joint Discovery Plan and Scheduling Order (#18) is **denied**, without prejudice.

. . .

**IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and Scheduling Order in compliance with LR 26-1(d), including any request for special scheduling review, no later than **May 27, 2011**.

DATED this 20th day of May, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge